*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Kyle J. TAYLOR**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202100082**

Decided: 6 August 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 29 December 2020 by a special court-martial convened at Marine Corps Recruit Depot Parris Island, South Carolina consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 3 months, forfeiture of $1,155.00 pay per month for 6 months, and a bad-conduct discharge.

For Appellant:
*Major Brian L. Farrell, USMCR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.